**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2019 MAR 21  PM 1: 48

CLERK_____
SO. DIST OF GA.

UNITED STATES OF AMERICA,

     Plaintiff,

  v.

EDDIE SELLERS, JR.,

     Defendant.

CRIMINAL ACTION NO.: 4:19CR44

## O R D E R

This matter is before the Court on the Motion for Leave of Absence by Katie A. Brewington, counsel for Defendant Eddie Sellers, Jr., for the dates of March 28, 2019 through April 1, 2019.  (Doc. 11.)  After careful consideration, said Motion is **GRANTED**.

**SO ORDERED**, this 2/8 day of March, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA