**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA , | |
| v. | CASE NO.: 4:19-cr-44 |
| EDDIE SELLERS, | |
| Defendant. | |

# O R D E R

The Court, having considered the Government's Motion to Seal in the above-captioned case, and for good cause shown, hereby ORDERS that the United States' Sentencing Memorandum is hereby sealed until further Order of the Court.

**SO ORDERED**, this 12th day of June, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA