IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:19-cr-44 |
| EDDIE SELLERS, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on Defendant Eddie Sellers' Motion for Credit for Time Served. (Doc. 40.) The Government has filed a Motion to Dismiss Sellers' Motion, (doc. 41), and Defendant has failed to respond to it. For the reasons stated by the Government in its Motion to Dismiss, it appears that Sellers failed to exhaust his administrative remedies prior to complaining to this Court regarding the Bureau of Prisons' calculation of his sentence. Moreover, the Government also explained that Sellers must seek remedy in his district of confinement. Sellers failed to file any response to the Government's Motion or otherwise explain why this Court is the proper venue for the relief he seeks. Therefore, the Court **DISMISSES** Defendant's Motion, (doc. 40), and **GRANTS** the Government's Motion to Dismiss, (doc. 41).

**SO ORDERED**, this 26th day of February, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA